UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                           |   |                          |
|---------------------------|---|--------------------------|
| SHARON RUCKER,            | ) |                          |
|                           | ) |                          |
| Plaintiff,                | ) |                          |
|                           | ) |                          |
| v.                        | ) | Civil Action No. 17-2369 (UNA) |
|                           | ) |                          |
| JOHN KABACINSKI,          | ) |                          |
|                           | ) |                          |
| Defendant.                | ) |                          |

**FILED**
JAN 17 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## MEMORANDUM OPINION

The plaintiff brings this action against her grandson, whose behavior and misdeeds have resulted in property damage and emotional distress, among other harms.[1] Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). The complaint does not articulate a claim arising under the United States Constitution or federal law; therefore, the plaintiff does not demonstrate federal question jurisdiction. Although the parties appear to be citizens of different states, the complaint does not indicate whether the amount in controversy exceeds $75,000. For this reason, the plaintiff also fails to establish diversity jurisdiction.

---

[1] Although the Complaint appears to list two additional plaintiffs, Charles Rucker and Andie Kabacinski, only plaintiff Sharon Rucker submits an application to proceed *in forma pauperis*. The Court treats the Complaint as if it had been filed by Sharon Rucker alone.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and dismiss the complaint without prejudice for lack of subject matter jurisdiction. An Order is issued separately.

DATE: 1/17/18

United States District Judge